**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

IN RE:  **Rhonda Y Clark**                                          CASE NO  **05-73034**

                                                                                    CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a. Property to Be Surrendered.**

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| 9100 Northlawn St., Detroit, MI 48204 | City of Detroit Property Tax Division<br>C.A. Young Municipal Center<br>2 Woodword Ave. Room 120<br>Detroit, MI  48226 |
| 9100 Northlawn St., Detroit, MI 48204 | Litton Loan Servicing LP<br>4828 Loop Central Dr<br>Houston TX 77081 |

**b. Property to Be Retained.**  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| 1997 Ford Taurus | Collins Motor Sales, Inc.<br>8501 Michigan Ave.<br>Detroit, MI 48210<br>3487 | ☐ | ☐ | ☐ | ☑ |

Date  **10/12/2005**                                        Signature  **/s/ Rhonda Y Clark**
                                                                                    *Rhonda Y Clark*

Date _____                    Signature _____