UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 7 No. 05-73034
Rhonda Y. Clark
          Debtor.   Hon. Steven W. Rhodes
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

NOW COMES Movant, JPMorgan Chase Bank, as trustee - SURF 2004-BC4, by and through its attorneys, Trott & Trott, P.C., and shows unto this Honorable Court as follows:

1. That Movant is a holder of a mortgage on property owned by the Debtor(s) and located at 9100 Northlawn St, Detroit, MI 48204-2737 (see attached copy of loan document(s);

2. That the Debtor filed a Chapter 13 Bankruptcy on September 28, 2005 and converted to a Chapter 7 Bankruptcy on October 13, 2005;

3. That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest;

4. That pursuant to the books and records of Movant, the Debtor(s) has failed to remit the required payments;

5. That Movant is not adequately protected as the direct payments are not being remitted and the loan is currently eight (8) months in default, due and owing for May 1, 2005;

6. That pursuant to 11 U.S.C. § 362(d)(2)(A) and (B), the Court shall grant relief from the stay if the Debtors do not have any equity in the property and the property is not necessary to an effective reorganization;

7. That the approximate market value of the subject property is $81,798.00;

TROTT & TROTT, P.C.
30400 TELEGRAPH RD
STE 200
BINGHAM FARMS, MI
48025-5822
PHONE 248.642.2515
FACSIMILE 248.642.3628

8. That the total debt owing to Movant, is approximately $78,775.47, which includes Movant's Attorney fees and costs for filing this motion;

9. That Maurio A. Clark may have an interest in the subject property to the knowledge and belief of Movant;

10. That to the knowledge and belief of Movant, City of Detroit Treasurer may have an additional $2,842.12 interest in the subject property;

11. That no other creditor will receive any benefit from the sale of the subject property;

12. That pursuant to Local Bankruptcy Rule 9014-1(b)(4), attached is a copy of the proposed Order Granting Relief from the Automatic Stay labeled as Exhibit "A";

WHEREFORE, Movant respectfully requests that the Court enter an Order Granting Relief from the Automatic Stay for good cause shown pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2), and that the Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3); and whatever other relief the Court deems just and equitable.

Respectfully Submitted,
Trott & Trott, P.C.

Dated: December 21, 2005

/S/ Megan Odell (P65083)
/S/ Shawn C. Drummond (P58471)
/S/ Athena Aitas (P61824)
Attorney for JPMorgan Chase Bank, as trustee - SURF 2004-BC4
30400 Telegraph Rd Ste 200
Bingham Farms, MI 48025-5822
248.642.2515

T&T #064268B04

TROTT & TROTT, P.C.
30400 TELEGRAPH RD
STE 200
BINGHAM FARMS, MI
48025-5822
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Rhonda Y. Clark

Chapter 7 No. 05-73034

Debtor.

Hon. Steven W. Rhodes

/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Movant, JPMorgan Chase Bank, as trustee - SURF 2004-BC4, by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 9100 Northlawn St, Detroit, MI 48204-2737; and the approximate market value of the property is $81,798.00; and the current debt owing to Movant is approximately $78,775.47, which includes Movant's Attorney fees and costs for filing this Motion; and any surplus on the sale of this property shall be distributed pursuant to applicable state law and procedures; and any deficiency on the sale of this property shall be treated as an unsecured debt; and the Court being in receipt of the Motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 9100 Northlawn St, Detroit, MI 48204-2737; This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**EXHIBIT 'A'**