**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  Chapter 7 No. 05-73034
Rhonda Y. Clark
          Debtor.  Hon. Steven W. Rhodes
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)**

    Movant, JPMorgan Chase Bank, as trustee - SURF 2004-BC4, by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 9100 Northlawn St, Detroit, MI 48204-2737; and the approximate market value of the property is $81,798.00; and the current debt owing to Movant is approximately $78,775.47, which includes Movant's Attorney fees and costs for filing this Motion; and any surplus on the sale of this property shall be distributed pursuant to applicable state law and procedures; and any deficiency on the sale of this property shall be treated as an unsecured debt; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 9100 Northlawn St, Detroit, MI 48204-2737; This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

.

**Entered: January 12, 2006**

                                        **_____/s/ Steven Rhodes_____**
                                          **Steven Rhodes**
                                          **Chief Bankruptcy Judge**